1   DORON WEINBERG (SBN 46131)
    WEINBERG & WILDER
2   523 Octavia Street
    San Francisco, CA 94102
3   Telephone: (415) 431-3472

4   DENNIS P. RIORDAN (SBN 69320)
    DONALD M. HORGAN (SBN 121547)
5   RIORDAN & HORGAN
    523 Octavia Street
6   San Francisco, CA 94102
    Telephone: (415) 431-3472

7

8   Attorneys for Defendant
    PAVEL I. LAZARENKO

9

10                **UNITED STATES DISTRICT COURT**

11          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

12

13  UNITED STATES OF AMERICA,        )   No.   **CR-00-0284 MJJ**
                                     )
    Plaintiff,                       )
14                                   )
                                     )   **ORDER MODIFYING CONDITIONS**
15  vs.                              )   **OF RELEASE**
                                     )
                                     )
16  PAVEL IVANOVICH LAZARENKO,       )
                                     )
17  Defendant.                       )
    ─────────────────────────────── )

18

19          Good cause appearing therefore,

20          IT IS HEREBY ORDERED that defendant Pavel I. Lazarenko may be away from his

    residence on Wednesday, November 14, 2007 from the hours of 12:00 p.m. through 6:00 p.m.,
21
    for the purpose of attending court in the above-referenced matter.
22

23
    Dated:_____10/26/07_____          _____
24                                         HONORABLE MARTIN J. JENKINS
                                           U.S. District Court Judge
25

26

27

28

Order Modifying Conditions of
Release                                    1